UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 08 B 06461
   CAROLA V DEL ROSARIO
                                        CHAPTER 13

                                        JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-3548
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/18/08 and confirmed on 07/28/08.

2. The case was dismissed after confirmation, 01/09/2009.

3. The Debtor paid a total of $  2150.01 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 44704.45 | .00 | 79.19 |
| CHASE HOME FINANCE | SECURED | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 2500.00 | .00 | 4.43 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6994.70 | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 16510.72 | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 47204.45 | .00 | 23505.42 | .00 | 70709.87 |
| PRINCIPAL PAID | 83.62 | .00 | .00 | .00 | 83.62 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 83.62 | .00 | .00 | .00 | 83.62 |

The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   3500.00 and was paid $   1556.00  direct and $   1944.00  through the plan.

The Trustee received $     122.39 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 03/12/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```